1   BILL LOCKYER
    Attorney General of the State of California
2   ROBERT R. ANDERSON
    Chief Assistant Attorney General
3   MARY JO GRAVES
    Senior Assistant Attorney General
4   ERIC L. CHRISTOFFERSEN
    Deputy Attorney General
5   DANIEL  BERNSTEIN
    Deputy Attorney General
6   State Bar No. 204257
      1300 I Street
7     P.O. Box 944255
      Sacramento, CA 94244-2550
8     Telephone: (916) 324-5171
      Fax: (916) 3124-2960
9   Attorneys for Respondent

10  CONNIE M. ALVAREZ
    Assistant Federal Defender
11  State Bar No. 142579
      801 I Street, 3rd Floor
12    Sacramento, CA 95814
      Telephone:  (916) 498-5700
13    Fax:  (916) 498-6656
    Attorney for Defendant

14
                    IN THE UNITED STATES DISTRICT COURT
15
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
16

17  **JAMES DAVID MAJORS,**                          CIV S 99-0493 MCE PAN P

18                                    Petitioner,

19            **v.**

20  **JILL BROWN,**

21                                    Respondent.

22

23                    **PROPOSED ORDER ON DISCOVERY**

24

25

26

27

28

1  BILL LOCKYER
   Attorney General of the State of California
2  ROBERT R. ANDERSON
   Chief Assistant Attorney General
3  MARY JO GRAVES
   Senior Assistant Attorney General
4  ERIC L. CHRISTOFFERSEN
   Deputy Attorney General
5  DANIEL  BERNSTEIN
   Deputy Attorney General
6  State Bar No. 204257
    1300 I Street
7   P.O. Box 944255
    Sacramento, CA 94244-2550
8   Telephone: (916) 324-5171
    Fax: (916) 3124-2960
9  Attorneys for Respondent

10 CONNIE M. ALVAREZ
   Assistant Federal Defender
11 State Bar No. 142579
    801 I Street, 3rd Floor
12  Sacramento, CA 95814
    Telephone:  (916) 498-5700
13  Fax:  (916) 498-6656
   Attorney for Defendant

14                  IN THE UNITED STATES DISTRICT COURT

15              FOR THE EASTERN DISTRICT OF CALIFORNIA

16

17 **JAMES DAVID MAJORS,**                    CIV S 99-0493 MCE PAN P

18                             Petitioner,    **ORDER ON DISCOVERY**

19        **v.**

20 **JILL BROWN,**

21                             Respondent.

22

23        On April 13, 2005, this Court heard oral argument on Respondent's motion to quash

24 subpoenas issued to several law-enforcement agencies in Sacramento and Yolo counties, and for a

25 restraining order.  Petitioner was represented by Connie M. Alvarez, assistant federal defender.

26 Respondent was represented by Daniel B. Bernstein and Eric L. Christoffersen, deputy attorneys

27 general.  Based on the arguments presented to the Court, as well as the pleadings filed by the parties,

28 the Court hereby grants the motion in part, and denies the motion in part, as follows:

                                          1

1.   The law enforcement agencies that participated in the investigation of the murders of Thomas Probst, Jeanine Copeland, and Patrick Mungavin on January 26, 1989, are ordered to provide counsel for Petitioner access to all records pertaining to their investigation.  For its part, the Sacramento County Sheriff's Office shall provide counsel for Petitioner with access to its complete investigative file in Case Number 89-08936.

2.   Law enforcement agencies that did not participate in the investigation of the murders of Thomas Probst, Jeanine Copeland, and Patrick Mungavin are not required to provide counsel with access to any records requested in the subpoenas.

It is so ordered.

Dated:  April 18, 2005.


/s/ Peter A. Nowinski
Peter A. Nowinski
Magistrate Judge

2

1

## DECLARATION OF SERVICE BY U.S. MAIL

2  Case Name: **Majors v. Jill Brown**                    No.: **CIV S 99-0493 MCE PAN P**

3  I declare:

4  I am employed in the Office of the Attorney General, which is the office of a member of the
   California State Bar at which member's direction this service is made.  I am 18 years of age or older
5  and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney
   General for collection and processing of correspondence for mailing with the United States Postal
6  Service.  In accordance with that practice, correspondence placed in the internal mail collection
   system at the Office of the Attorney General is deposited with the United States Postal Service that
7  same day in the ordinary course of business.

8  On April     , 2005, I served the attached **PROPOSED ORDER ON DISCOVERY** by placing a
   true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal
9  mail collection system at the Office of the Attorney General at 1300 I Street, P.O. Box 944255,
   Sacramento, California  94244-2550, addressed as follows:

10

11  **Linda Fox**
    **California Appellate Project**
12  **Federal Court Docketing**
    **101 Second Street**
13  **Suite 600**
    **San Francisco, CA 94105-2752**

14

15  I declare under penalty of perjury under the laws of the State of California the foregoing is true and
    correct and that this declaration was executed on April___, 2005, at Sacramento, California.

16

17

18  _____
                            Declarant

19

20

21

22

23

24

25

26

27

28