UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMES D. MAJORS,

        Petitioner,         CIV S-99-0493 MCE PAN

    v.

                              DEATH PENALTY CASE

STEVE ORNOSKI, Acting Warden
of the California State Prison
at San Quentin,                      **ORDER**

        Respondent.

-o0o-

    After a hearing on November 16, the court requested the United States Marshal's Service to provide complete criminal history records of jurors Swafford and DiBenedetto. The records provided by the Marshal's Service in response to the request are hereto attached.

    Dated: November 21, 2005.

                                   /s/ Peter A. Nowinski
                                   PETER A. NOWINSKI
                                   Magistrate Judge

```
MSG ID:  2542, SENT 2005/11/17 AT   856, BY USER JBWCLET1
MSGID:  107873
4AZFV0977.IH
          R. INQUIRY SUCCESSFUL




MSG ID:  2543, SENT 2005/11/17 AT   856, BY USER JBWCLET1
MSGID:  107874
4AZFV0977.IJ
EL01
CAUSM02S0
THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
RECORD REQUEST FOR FBI/7658KA1. THE FOLLOWING WILL RESPOND TO YOUR
AGENCY:
 CALIFORNIA     - STATE ID/CA06556670
END




MSG ID:  2542, SENT 2005/11/17 AT   856, BY USER JBWCLET1
MSGID:  107875
4AZFV0977/1.I*
CR.CAIII0000
10:01 11/17/2005 04035
10:01 11/17/2005 23958 CAUSM02S0
*A7FV0977/1
TXT
HDR/2L01ISACQAZFV0977/1
ATN/GROBOSKE

THE FOLLOWING RECORD PERTAINS TO FBI/7658KA1
                              SID/CA06556670

RESTRICTED - DO NOT USE FOR EMPLOYMENT, LICENSING, PLACEMENT OR
             CERTIFICATION PURPOSES

III CALIFORNIA ONLY SOURCE RECORD
CII/A06556670
```

```
DOB/19320303    SEX/M   RAC/BLACK
HGT/511  WGT/200  EYE/BRO  HAI/BLK  POB/TN
NAM/01 SWAFFORD,HERBERT HOOVER
    02 SWAFFORD,HERBERT H
 FPC HENRY
 O 30 - IOO 20
 I 22 U OOI  -
 MNU/FBI-007658KA1
     CDL-N4080114
     SOC-409461455
  ****
 19880824   CAPDSACRAMENTO
            S-170400
         01:647(B) PC-DISORDERLY CONDUCT:PROSTITUTION
 19880919   CAMCSACRAMENTO
            88M12014
         01:647(B) PC-DISORDERLY CONDUCT:PROSTITUTION
           *DISPO:CONVICTED-PROBATION
            CONV STATUS:MISDEMEANOR
            SEN: 036 MONTHS PROBATION
   ****
 19900730   CAPDSACRAMENTO              DOB:19320303
            S170400
         01:647(B) PC-DISORDERLY CONDUCT:PROSTITUTION
*********************************************************
WANTS NOT CHECKED - PLEASE CHECK NCIC WANTS
*********************************************************

END OF RECORD
```

```
FROM:                    ******************************
   CRT = 279              * CLETS DATABASE RESPONSE *        DATE = 11/16/05
   CLETS MNE = AZFV       ******************************    TIME = 17.59.46
                                 PAGE 01 OF 01

                              ** MESSAGE TEXT **

MSGID:    5585
4AZFV5585.IH
RE:QHA.CAUSM02S0.NAM/DIBENEDETTO.          DATE:20051116 TIME:17:59:18
RESTRICTED-DO NOT USE FOR EMPLOYMENT,LICENSING OR CERTIFICATION PURPOSES
ATTN:MAG JUDGE PAN ORDER GUMP


RECORD #              NAM                     DOB    S R HGT EYE HAI TYP
A06868466 DIBENEDETTO,MARIA MELIDA          19470430 F W 500 BRO BRO


 *   *   *   *   *   *    END OF MESSAGE    *   *   *   *   *   *   *
```

CLETS

Same last name & DOB only
Unknown if Δ

Call Robin + see if SSAN matches. Robin has SSAN for who they want run

```
FROM:                    ****************************
   CRT = 279              * CLETS DATABASE RESPONSE *      DATE = 11/16/05
   CLETS MNE = AZFV      ****************************      TIME = 18.01.50
                              PAGE 01 OF 02

                              ** MESSAGE TEXT **

MSGID:    5601
4AZFV5601.IH


RE: QHY.CAUSM02S0.06868466.MAG JUD       DATE:20051116 TIME:18:01:02
RESTRICTED-DO NOT USE FOR EMPLOYMENT.LICENSING OR CERTIFICATION PURPOSES
ATTN:MAG JUDGE PAN ORDER GUMP


III CALIFORNIA ONLY SOURCE RECORD
CII/A06868466
DOB/19470430    SEX/F   RAC/WHITE
HGT/500  WGT/136  EYE/BRO  HAI/BRO  POB/CA
NAM/01 DIBENEDETTO,MARIA MELIDA
    02 DIBENEDETTO,MARIA MELINDA


FPC HENRY
21 M 1 R 000 17
   L 4 - OOI 20


FBI/7275/9PB1
SOC/548555687
OCC/HOMEMAKER
* * * *


ARR/DET/CITE:           NAM:01
19801103  CASO SACRAMENTO


CNT:01     #277980
  272 PC-CONTRIBUTE TO THE DELINQUENCY OF MINOR
*DISPO:CONVICTED


CNT:02     #277980
  488 PC-PETTY THEFT
*DISPO:CONVICTED
   SEN:. . $200 FINE PLUS PA OR 8 DS CJ
- - - -
COURT:              NAM:01
```

19830411  CAMC SACRAMENTO

CNT:01    #46691M
  272 PC-CONTRIBUTE TO THE DELINQUENCY OF MINOR
 DISPO:CONV SET ASIDE & DISM PER 1203.4A PC

CNT:02
  488 PC-PETTY THEFT
 DISPO:CONV SET ASIDE & DISM PER 1203.4A PC
* * * *

ARR/DET/CITE:          NAM:02
19891212  CASO SACRAMENTO

CNT:01    #277980
   -CRT ORDER BOOK
  484 PC-PETTY THEFT

```
FROM:                    ****************************
   CRT = 279             * CLETS DATABASE RESPONSE *         DATE = 11/16/05
      CLETS MNE = AZFV   ****************************        TIME = 18.01.50
                              PAGE 02 OF 02

                             ** MESSAGE TEXT **

*DISPO:CONVICTED
   COM: BKNG NBR 89717963
      *    *    *    END OF MESSAGE    *    *    *
```

```
MSG ID:  1601. SENT 2005/11/16 AT  1805. BY USER JBWCLET1
MSGID:   103177
4AZFV5644.IH
         R. INQUIRY SUCCESSFUL




MSG ID:  1602. SENT 2005/11/16 AT  1805. BY USER JBWCLET1
MSGID:   103178
4AZFV5644.IJ
7L01
CAUSM02S0
THIS NCIC INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
INQUIRY ON NAM/DIBENEDETTO.MARIE M SEX/F RAC/U DOB/19470430 PUR/C
NAME                         FBI NO.           INQUIRY DATE
DABREU.MARY M                742998JA4         2005/11/16

SEX RACE BIRTH DATE  HEIGHT WEIGHT EYES HAIR  BIRTH PLACE           PHOTO
F   W    1948/04/30  506    120    BRO  BRO   NEW YORK              N

FINGERPRINT CLASS       PATTERN CLASS
PO 0I 13 19 12          WU LS RS RS RS WU RS LS LS LS
PI 18 14 15 13          LS WU               WU WU WU



SOCIAL SECURITY
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

IDENTIFICATION DATA UPDATED 1990/0//16

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
 NEW YORK       - STATE ID/NY6212392R

THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
INDEX BY USING THE APPROPRIATE NCIC TRANSACTION.


END
```

*FBI*
*NOT A MATCH ON DOB only.*
*Soundex on last name.*