UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMES D. MAJORS,

        Petitioner,        CIV. S-99-0493 MCE PAN

    v.

<u>DEATH PENALTY CASE</u>

STEVE ORNOSKI, Acting Warden
of the California State Prison
at San Quentin,        ORDER

        Respondent.

-o0o-

This matter came before the court November 16 and 22, 2005, for hearing on petitioner's October 14, 2005, discovery motion.

Good cause appearing and for reasons stated on the record, the court hereby orders:

1.   Petitioner's motion is granted in part;

2.   The criminal history records of jurors Swafford and DiBenedetto were obtained from the United States Marshal and made a part of the record November 21, 2005; all other requests

pertaining to jurors are denied;

    3. Documents from the district attorney files withheld from petitioner upon various grounds have been lodged with the court for in camera review;

    4. Petitioner shall subpoena Bonnie Hogue and her sister (the declaration of whom was read into the record, in part, November 16, 2005) to appear for deposition in this court December 13, 2005; and

    5. Petitioner's other requests for subpoenas for other information relating to Bonnie Hogue and Robert Reese, and petitioner's request for leave to serve interrogatories on prosecutor O'Mara, are deferred pending the depositions of Hogue and her sister when the court will be better able to assess petitioner's needs for further discovery.

    So ordered.

    Dated: November 23, 2005.

    /s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge