QUIN DENVIR, Bar #49374
Federal Defender
ALLISON CLAIRE, Bar #170138
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-6666
Fax:  (916) 498-6656

RICHARD C. NEUHOFF, Bar #54215
11 Franklin Square
New Britain, CT  06051
Telephone: (860) 229-0433
Fax: (860) 348-1942

Attorneys for Defendant
JAMES D. MAJORS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. MAJORS, ) | NO.  CIV S-99-0493 MCE PAN |
| ) | |
| Petitioner, ) | **CAPITAL CASE** |
| ) | |
| v. ) | **STIPULATION AND ORDER** |
| ) | **SHORTENING TIME** |
| ) | |
| STEVEN W. ORNOSKI, Acting ) | |
| Warden of the California State ) | Date: December 5, 2005 |
| Prison at San Quentin, ) | Time: 9 a.m. |
| ) | Judge: Hon. Morrison C. England |
| Respondent. ) | |
| _____ ) | |

Petitioner, James D. Majors, and respondent, Steven W. Ornoski, by and through undersigned counsel, hereby agree and stipulate as follows:

1.  On November 16 and 22, 2005, petitioner's Motion To Compel Production And For Leave To Conduct Further Discovery came on for hearing before U.S. Magistrate Judge Peter A. Nowinski.  On November 23, 2005, the magistrate judge issued a written order, granting the motion in part and denying it in part, and sua sponte ordering the deposition of two witnesses;

1  2. Petitioner and respondent each seek reconsideration by the district judge of different parts of the November 23, 2005, ruling;

3. Petitioner and respondent are filing their requests for reconsideration on November 29, 2005, and noticing them for hearing on this Court's December 5, 2005, law and motion calendar;

4. The parties agree that the requests for reconsideration should be heard and decided as soon as possible, and that the regular briefing schedule for such motions should be shortened, for the reasons which follow:

    a. Respondent seeks reconsideration of the magistrate judge's ruling insofar as it calls for witness depositions. The depositions at issue are scheduled by order of the magistrate judge for December 13, 2005.

    b. Petitioner seeks reconsideration of the magistrate judge's ruling insofar as it denies some requests for discovery, and insofar as it defers decision on other requests for discovery until after the depositions. Petitioner's discovery motion seeks materials which may be filed as exhibits to Petitioner's Reply To Respondent's Rule 60 Response To Petition For Writ Of Habeas Corpus, due in the California Supreme Court on January 12, 2006.

5. Accordingly, the parties propose the following schedule: The requests for reconsideration will be filed on November 29, 2005; statements of opposition will be filed on December 2, 2005; reply to opposition will be presented orally; the requests for reconsideration will be heard on December 5, 2005.

-2-

1    6.   The parties respectfully request an order shortening time
2 as proposed above.
3 DATED: November 28, 2005

                Respectfully submitted,

                QUIN DENVIR
                Federal Defender

                /s/ Allison Claire
                ALLISON CLAIRE
                Assistant Federal Defender
                Attorney for Petitioner
                JAMES DAVID MAJORS

                BILL LOCKYER
                Attorney General for the State
                Of California

                /s/ Daniel B. Bernstein
                Deputy Attorney General
                Attorney for Respondent
                STEVEN W. ORNOSKI, Acting Warden

1 **ORDER SHORTENING TIME**

2   Pursuant to the stipulation of the parties, the Requests For
3 Reconsideration By The District Judge Of A Ruling By The Magistrate
4 Judge, to be filed on November 29, 2005, shall be heard on **December**
5 **7, 2005** at **10:00 a.m.**  Statements of Opposition to the requests
6 shall be filed on December 2, 2005.  Reply, if any, shall be filed
7 on December 5, 2005.

8   IT IS SO ORDERED.

9 Dated: November 28, 2005

12 _____
    MORRISON C. ENGLAND, JR
13  UNITED STATES DISTRICT JUDGE