```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  ALLISON CLAIRE, Bar #170138
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-6666
    Fax:  (916) 498-6656
 5
    RICHARD C. NEUHOFF, Bar #54215
 6  11 Franklin Square
    New Britain, CT  06051
 7  Telephone: (860) 229-0433
    Fax: (860) 348-1942
 8
    Attorneys for Defendant
 9  JAMES D. MAJORS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DAVID MAJORS, | NO. CIV S-99-0493 MCE PAN |
| Petitioner, | **CAPITAL CASE** |
| v. | [~~PROPOSED~~] **ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| STEVEN W. ORNOSKI, Acting Warden of the California State Prison at San Quentin, | Date: December 13, 2005<br>Time: 9:00 a.m.<br>Judge: Hon. Peter A. Nowinski |
| Respondent. | |

      BONNIE STARR, a.k.a. BONNIE HOGUE, (DOB 3/16/1963 or 3/16/1961, SSN 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), a necessary witness in proceedings in the aforementioned case on December 13, 2005, is confined in the Yolo County Jail, in Woodland, California, in the custody of the Yolo County Sheriff.  In order to secure this inmate's attendance for the deposition ordered by this Court, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the

1  inmate in Court, 8th Floor, Courtroom # 25, United States Courthouse,
2  501 "I" Street, Sacramento, California on December 13, 2005, at 9:00
3  a.m.
4          ACCORDINGLY, IT IS ORDERED that:
5          1.  A Writ of Habeas Corpus Testificandum issue, under the
6  seal of this court, commanding the Sheriff to produce the inmate named
7  above to testify in United States District Court at the time and place
8  above, and from day to day until completion of court proceedings or as
9  ordered by the court; and thereafter to return the inmate to the above
10 institution;
11         2.  The custodian is ordered to notify the court of any
12 change in custody of this inmate and is ordered to provide the new
13 custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  The Yolo County Sheriff, Yolo County Detention Facilities; 2420 East Gibson Road, Woodland, California, 95776:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

   Dated:  November 28, 2005.

                          /s/ Peter A. Nowinski
                          PETER A. NOWINSKI
                          Magistrate Judge