United States District Court

Eastern District of California

James David Majors,

       Petitioner,                No. Civ. S 99-0493 MCE PAN P

  vs.                               Notice of Errata

Steven Ornoski, Acting Warden of the California State Prison at San Quentin,

       Respondent.

-oOo-

It is hereby noted that the February 8, 2006, order contains a typographical error at page 4 line 5; it should read "July 2003."

So ordered.

Dated: February 9, 2006.

                                     /s/ Peter A. Nowinski
                                     PETER A. NOWINSKI
                                     Magistrate Judge