IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DAVID MAJORS, | No. CIV S-99-0493-MCE-CMK |
| Petitioner, | DEATH PENALTY CASE |
| vs. | <u>ORDER</u> |
| EDDIE YLST,[1] et al., | |
| Respondents. | |
| _____/ | |

  Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

  Upon review of this case following re-assignment to the undersigned on March 1, 2006, the court notes that, on March 11, 2004, an order was issued striking all unexhausted claims and holding further proceedings in this case in abeyance pending exhaustion in state court. The court will now require petitioner to file a status report following resolution of his claims by the state court.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Eddie Ylst is substituted for his predecessor. The Clerk of the Court is directed to update the docket to reflect the above caption. In particular, the Clerk shall terminate as respondents the following individuals: Steven Ornoski, Jill Brown, and Jeanne S. Woodford.

1

Accordingly, IT IS HEREBY ORDERED that petitioner shall file a status report within 20 days after resolution of petitioner's claims by the state court.

DATED: March 29, 2006.

*[signature: Craig M. Kellison]*

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE