QUIN DENVIR, Bar #49374
Federal Defender
ALLISON CLAIRE, Bar #170138
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-6666
Fax:  (916) 498-6656

RICHARD C. NEUHOFF, Bar #54215
11 Franklin Square
New Britain, CT  06051
Telephone: (860) 229-0433
Fax: (860) 348-1942

Attorneys for Defendant
JAMES D. MAJORS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. MAJORS,<br><br>        Petitioner,<br><br>  v.<br><br>EDDIE YLST, Acting Warden of the California State Prison at San Quentin,<br><br>        Respondent. | NO.  CIV S-99-0493 MCE CMK<br><br>**CAPITAL CASE**<br><br><br>**ORDER REQUIRING THE UNITED STATES MARSHAL TO PAY FEES AND COURT REPORTER COSTS FOR DEPOSITIONS** |

Having found that Petitioner satisfied the criteria set forth in 28 U.S.C. § 1915, the Court granted Petitioner leave to proceed in forma pauperis.  Order dated 3/16/1999 (Doc. 4) at 1. Subsequently, the Court directed Petitioner to take the deposition of Bonnie Starr, aka Bonnie Hogue.  Order filed 11/23/2005 (Doc. 83) at 2.   Petitioner took the deposition of Bonnie Starr on January 11 and January 12, 2006.  The depositions were reported and transcribed by Petrilla Recording and Transcription, which has submitted a bill for fees of $833.40.

1          Pursuant to 28 U.S.C. § 753(f), transcription fees in habeas corpus proceedings in which the petitioner has been granted leave to proceed in forma pauperis are to be paid by the United States Marshal for the district in which the action is pending.

         Petitioner has submitted a motion requesting an order directing the Marshal to pay the fees for transcribing the Starr deposition. Exhibit 1 to the motion is the Petrilla Reporting and Transcription invoice for transcribing the Starr deposition. Good cause appearing, the motion for payment of fees **IS GRANTED.**

         For the foregoing reasons, and good cause appearing, IT IS HEREBY ORDERED:

         1.    That the United States Marshal for the Eastern District of California shall pay to Petrilla Reporting and Transcription, 5002-61st Street, Sacramento, CA 95820-5706, the sum of $833.40 for invoice number 2573;

         2.    That the Clerk shall serve this order on the United States Marshal for the Eastern District of California.

DATED: April 19, 2006.

         _____
         **CRAIG M. KELLISON**
         UNITED STATES MAGISTRATE JUDGE