IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DAVID MAJORS, | No. CIV S-99-0493-MCE-EFB |
| Petitioner, | DEATH PENALTY CASE |
| vs. | <u>ORDER</u> |
| ROBERT L. AYERS, JR.,[1] et al., | |
| Respondents. | |
| _____/ | |

Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

In light of the reassignment of this case to the Hon. Edmund F. Brennan on August 25, 2006, the hearing on petitioner's motion to temporarily lift the stay (Docs. 129 & 130), currently set to be heard by the undersigned on August 31, 2006, in Redding, California, will be vacated. Petitioner is directed to contact Judge Brennan's chambers at (916) 930-4170 to re-notice the matter on his calendar.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Robert L. Ayers, Jr., is substituted for his predecessor. The Clerk of the Court is directed to update the docket to reflect the above caption.

Accordingly, IT IS HEREBY ORDERED that the hearing in this matter currently set for August 31, 2006, before the undersigned in Redding, California is vacated.

DATED: August 30, 2006.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE