IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES DAVID MAJORS,

    Petitioner,

    vs.

ROBERT L. AYRES, JR., et al.,

    Respondents.

No. CIV 99-0493 DFL EFB P

**DEATH PENALTY CASE**

<u>ORDER</u>

    Petitioner is a state prisoner proceeding through counsel with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to court order, this matter came on for hearing on petitioner's motion to vacate the court's order filed March 11, 2004, striking petitioner's unexhausted claims, and to temporarily lift the stay granted in this case for the purpose of allowing petitioner to file an amended petition in light of the United States Supreme Court's rulings in *Rhines v. Weber*, 544 U.S. 269 (2005), and *Pace v. DiGuglielmo*, 544 U.S. 408 (2005). Allison Claire, Assistant Federal Defender, appeared as counsel for petitioner. Daniel Bernstein, Deputy Attorney General, appeared as counsel for respondent.

////

////

        For the reasons stated at oral argument, the court made the following order and announced it to the parties in open court:

        1. The court's order filed March 11, 2004, is hereby modified to vacate, *nunc pro tunc*, the language striking the unexhausted claims.

        2. The stay of this case order on March 11, 2004, is hereby lifted temporarily for the limited purpose of filing petitioner's amended petition.

        3. The Clerk of the Court shall file the amended petition attached to petitioner's motion filed on July 7, 2006.

        4. Immediately upon the filing of the amended petition, the stay shall resume and further proceedings shall be held in abeyance pending exhaustion of state remedies.

DATED: October 6, 2006.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE