IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES DAVID MAJORS,

    Petitioner,                    No. 2:99-cv-00493 MCE KJN

    vs.                               DEATH PENALTY CASE

WARDEN,
 San Quentin State Prison,

    Respondent.                  <u>AMENDED ORDER</u>

                             /

On April 29, 2010, petitioner informed the court that he was withdrawing as moot his April 8, 2010 motion for reconsideration because the California Supreme Court had denied his petition for writ of habeas corpus. Since the California Supreme Court has acted upon the petition, these federal court proceedings shall resume. Good cause appearing, IT IS HEREBY ORDERED as follows:

    1. The stays of this proceeding entered on March 11, 2004, and October 6, 2006, are lifted.

    2. Within fourteen days of the filed date of this order, the parties shall meet and confer and file a joint statement proposing the following filing dates:

        a. a date for petitioner to file any amended petition;

1

          b. a date for respondent to lodge the state court record pursuant to Local Rule 191(j)(1); and

          c. a date for respondent to file an answer or other responsive pleading. The parties are advised that this court typically does not find summary judgment motions appropriate or helpful in habeas corpus proceedings. In addition, unless petitioner provides good reasons for filing one, the court does not find a traverse necessary.

     3. Both parties shall review the case management and budgeting procedures set out in the attached "Guide to Case Management and Budgeting in Capital Habeas Cases."

     4. Within seven days of the filing of the joint statement, petitioner's CJA counsel shall inform the court whether he wishes to submit a budget for the remainder of phase II of this case. In addition, within seven days of the filing of the joint statement, petitioner's CJA counsel shall file under seal a completed copy of the Case Evaluation Form, Appendix B to the attached Guide. The court will order submission of a proposed budget for phase III after respondent has filed the answer or other responsive pleading.

     5. In addition to serving this order upon counsel, the Clerk of the Court is directed to serve it upon Kurt Heiser, CJA Administrator, Office of the Federal Defender; and Sandy Andrews, Research and Policy Analyst, Office of the Circuit Executive.

DATED: May 11, 2010

_/s/ Kendall J. Newman_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

majors cmc 1.or2