IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES DAVID MAJORS, | | |
| | Petitioner, | No. 2:99-cv-00493 MCE KJN |
| vs. | | DEATH PENALTY CASE |
| WARDEN,<br>San Quentin State Prison, | | |
| | Respondent. | <u>ORDER</u> |
| _____ / | | |

      On May 25, 2010, the parties submitted a joint statement regarding scheduling matters. Good cause appearing, IT IS HEREBY ORDERED as follows:

      1. By July 26, 2010, respondent shall lodge the state court record pursuant to Local Rule 191(j)(1).

      2. On July 8, 2010 at 10:00 a.m. in courtroom #25, the undersigned with hold a status conference to discuss, among other things, a due date for and the scope of respondent's answer.

DATED: May 25, 2010

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

majors sts.or

1