IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES DAVID MAJORS,

    Petitioner,    No. 2:99-cv-00493 MCE KJN

    vs.    DEATH PENALTY CASE

WARDEN,
 San Quentin State Prison,

    Respondent.    <u>ORDER</u>

_____/

    Respondent lodged the state court record. His notice of lodging states that one volume of documents should be lodged under seal. This court finds sealing is appropriate because the documents contain information protected by the attorney work product doctrine. Further, the California Supreme Court ordered these documents sealed.

    Accordingly, the Clerk of the Court is directed to lodge under seal Volume 5a of the documents lodged by respondent on July 28, 2010.

DATED: July 29, 2010

                                        _____
                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE

1