1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  ALLISON CLAIRE, Bar #170138
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-6666
   Fax:  (916) 498-6656
5
   RICHARD C. NEUHOFF, Bar #54215
6  11 Franklin Square
   New Britain, CT  06051
7  Telephone: (860) 229-0433
   Fax: (860) 348-1942
8
   Attorneys for Defendant
9  JAMES D. MAJORS

10                IN THE UNITED STATES DISTRICT COURT

11              FOR THE EASTERN DISTRICT OF CALIFORNIA

12
   JAMES D. MAJORS,              )   NO.  CIV S-99-0493 MCE KJN
13                               )
                 Petitioner,     )   **DEATH PENALTY CASE**
14                               )
        v.                       )
15                               )
                                 )
16 WARDEN, San Quentin State     )   **PROTECTIVE ORDER**
   Prison,                       )
17                               )
                 Respondent.     )
18                               )
   _____)
19

20      Petitioner has been authorized by this Court to issue

21 subpoenas for materials including mental health evaluation and

22 treatment records of witness Bonnie Starr (aka Bonnie Hogue, etc.).

23 In order to protect the privacy of the witness, it is hereby

24 ordered as follows:

25      1.   All materials disclosed to petitioner by health care

26 providers, mental health care providers, and substance abuse

27 treatment providers, in response to the authorized subpoenas shall

28 be protected from further disclosure as specified below;

Protective Order                          Majors v. Warden, CIV 99-0493 MCE KJN

2. Petitioner shall not release, nor cause to be released, any of the records or information contained in the records to persons other than counsel of record; staff of the Federal Defender's Office, Capital Habeas Unit, acting under the direction of counsel or in a supervisory capacity; and individuals retained by counsel in relation to petitioner's federal habeas case;

3. Any such records or other discovery materials filed in this or any other court shall be filed under seal;

4. Any such materials served on counsel for respondent in relation to filing under seal shall not be disclosed by counsel for respondent to any individuals other than staff of the Attorney General's Office acting under the direction of counsel or in a supervisory capacity;

5. Upon final conclusion of the instant litigation, including all available appellate and other judicial review, subsequent habeas proceedings, clemency proceedings and/or retrial, the parties shall return to the custodian of records or destroy the protected health information, including all copies made.

**IT IS SO ORDERED.**

Dated: August 23, 2010

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE