IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES DAVID MAJORS,

    Petitioner,           No. 2:99-cv-00493 MCE KJN

  vs.                        DEATH PENALTY CASE

WARDEN,
 San Quentin State Prison,

    Respondent.        ORDER
_____/

        On August 23, 2010, the court granted in part and denied in part petitioner's May 25 discovery motion. (Dkt. No. 183.) Several requests were denied without prejudice to petitioner's submission of revised subpoenas. On August 24, petitioner filed a request to issue four revised subpoenas. (Dkt. No. 185.) Within ten days of the filed date of this order,

////
////
////
////
////
////

1

respondent shall file a response stating whether he feels the revised subpoenas comply with the August 23 order. Within five days of the response, petitioner may file a reply.

DATED: August 25, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

majors subp brf.or