IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES DAVID MAJORS,

        Petitioner,                   No. 2:99-cv-00493 MCE KJN

    vs.                           DEATH PENALTY CASE

WARDEN,
 San Quentin State Prison,

        Respondent.                ORDER

                              /

        In an August 23, 2010 order, this court addressed petitioner's May 25, 2010 motion for discovery. Among other things, the court permitted petitioner to amend nine subpoenas and resubmit them. Petitioner has done so. (Dkt. No. 185.) Respondent agrees that the revised subpoenas satisfy the requirements set out in the August 23 order. (Dkt. No. 188.) The court also finds petitioner has met those requirements. The subpoenas identified as items 3, 11 and 12 in the attachment to petitioner's August 24, 2010 renewed motion for discovery satisfy the overbreadth concerns raised by the court in the August 23 order. The six subpoenas identified as item 15 in the attachment are appropriately limited to records identifying both Bonnie Starr/Hogue and Robert Reese.

        Respondent notes that his prior objections to the subpoenas stand. The court addressed those objections in the August 23 order.

1

Accordingly, good cause appearing, petitioner's August 24, 2010 Renewed Request to Issue Subpoenas is granted.

DATED: September 10, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

majors disc.or2