IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES DAVID MAJORS, | | |
| | Petitioner, | No. 2:99-cv-00493 MCE KJN |
| | vs. | DEATH PENALTY CASE |
| WARDEN,<br>San Quentin State Prison, | | |
| | Respondent. | <u>ORDER</u> |
| | / | |

The parties have jointly requested that the court wait until mid-March to hold a status conference. However, because the parties' January 26, 2011 request does not establish good cause to wait over six weeks to hold a status conference following the filing of the answer and motion to dismiss, the court will hold a telephonic status conference on February 10, 2011, at 10:00 a.m., to address the current status and anticipated future proceedings. By the close of business on February 8, counsel shall contact courtroom deputy Matt Caspar at (916) 930-4187 to provide phone numbers where they may be reached.

DATED: January 27, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

majors sts.or1

1