IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES DAVID MAJORS,

      Petitioner,               No. 2:99-cv-00493 MCE KJN

  vs.                             DEATH PENALTY CASE

WARDEN,
 San Quentin State Prison,

      Respondent.            ORDER

_____/

        On February 10, 2011, the undersigned held a status conference. Allison Claire and Richard Neuhoff appeared telephonically for petitioner. Daniel Bernstein appeared telephonically for respondent. After hearing the arguments of counsel, and good cause appearing, IT IS HEREBY ORDERED as follows:

        1. The undersigned will hold a status conference on March 17, 2011, at 10:00 a.m., in courtroom #25;

        2. By March 10, 2011, the parties shall file a joint status conference statement which addresses the following:

            a. the status of United States Supreme Court case <u>Walker v. Martin</u>, No. 09-996, and its effect, if any, on respondent's January 25, 2011 Motion to Dismiss;

1

    b. a proposed schedule for completing the remainder of the briefing on the motion to dismiss;

    c. whether petitioner wishes to file a traverse;

    d. a proposed time frame for completing any discovery necessary prior to filing or opposing a motion for an evidentiary hearing; and

    e. a proposed time frame for filing any motion for an evidentiary hearing.

DATED: February 10, 2011

              _____
               KENDALL J. NEWMAN
               UNITED STATES MAGISTRATE JUDGE

majors mtd sts.or