IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES DAVID MAJORS,

    Petitioner,

vs.

WARDEN,
 San Quentin State Prison,

    Respondent.
_____/

No. 2:99-cv-00493 MCE KJN

DEATH PENALTY CASE

ORDER

On May 6, 2011 at 10:30 a.m. the undersigned will hold a telephonic status conference to discuss with counsel the effect, if any, of the Supreme Court's recent opinion in Cullen v. Pinholster, 131 S. Ct. 1388 (2011) on these proceedings. Counsel shall contact Courtroom Deputy Matt Caspar at 916-930-4187 or mcaspar@caed.uscourts.gov to provide a telephone number.

DATED: May 3, 2011

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

majors sts conf.or

1