IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES DAVID MAJORS, | | |
| Petitioner, | | No. 2:99-cv-00493 MCE KJN |
| vs. | | DEATH PENALTY CASE |
| WARDEN,<br>San Quentin State Prison, | | |
| Respondent. | | ORDER |
| _____/ | | |

As required by the court's September 19, 2011 order, the parties submitted a joint status report. (Dkt. No. 226.) They propose the court resolve issues related to 28 U.S.C. §2254(d) and non-retroactivity under <u>Teague v. Lane</u>, 498 U.S. 288 (1988), before it addresses procedural default issues or permits further factual development.[1] The parties' proposed schedule for briefing section 2254(d) and <u>Teague</u> is supported by good cause. However, while the court agrees generally with the parties' proposed schedule for resolving any remaining procedural default and merits issues, the court finds it premature. The undersigned will conduct a status and scheduling conference after resolution of the section 2254(d) and <u>Teague</u> issues.

---

[1] As this court stated previously, motions to preserve evidence will be considered prior to resolution of section 2254(d) issues. (Dkt. No. 225 at 4.)

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Within 180 days of the filed date of this order, petitioner shall file a memorandum of points and authorities addressing the satisfaction of 28 U.S.C. § 2254(d) for each claim in the amended petition.

2. Within 180 days of the filing date of petitioner's memorandum, respondent shall file an opposition, which shall include briefing of the non-retroactivity defense, to the extent it was asserted in the answer.

3. Within 90 days of the filing date of respondent's opposition, petitioner may file reply.

4. Extensions of these filing deadlines will be granted only upon a showing of extraordinary circumstances.

5. After receipt of the briefs, the court will schedule argument, if necessary. Upon resolution of the section 2254(d) and Teague issues, the undersigned will conduct a scheduling conference.

6. Because the parties have agreed to a schedule, the scheduling conference set for October 20, 2011 is taken off calendar.

DATED: October 18, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

majors 2254d brfs.or