UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DAVID MAJORS, | No. 2:99-cv-00493 MCE KJN |
| Petitioner, | DEATH PENALTY CASE |
| v. | |
| WARDEN, San Quentin State Prison, | ORDER |
| Respondent. | |

After reviewing the state court record lodged by respondent in this matter, the court has discovered several missing or illegible documents. Within twenty days of the filed date of this order, respondent shall lodge the following: Lodged Document (LD) 31, Ex. 107, page 1; LD 31, Ex. 124, page 8; LD 31, Ex. 131, page 1; LD 47, Exs. 135, 136, and 137; LD 53, Ex. 583, pages 1228-29; and RT 3366, 3483.

In addition, the court seeks the parties' positions on the status of LD 5a, Documents Filed under Seal. Within twenty days of the filed date of this order, the parties shall file a joint statement addressing the question of whether those documents may be cited in a filing on the court's publicly available docket.

IT IS SO ORDERED.

Dated: October 9, 2015

Majors missing lodged doc.or

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1