UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DAVID MAJORS,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN, San Quentin State Prison,<br><br>    Respondent. | No.  2:99-cv-00493 MCE KJN<br><br>DEATH PENALTY CASE<br><br><br><br>ORDER |

Petitioner seeks an order protecting information covered by California Penal Code §987.9. (ECF No. 250.)  While respondent states generally that a protective order is not necessary (see ECF No. 248 at 3), he has not addressed the specific protective order proposed by petitioner. Within ten days of the filed date of this order, respondent shall file a response to petitioner's motion for a protective order.

Dated:  November 10, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Majors prot or resp.or

1