UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DAVID MAJORS,<br><br>        Petitioner,<br><br>   v.<br><br>WARDEN, San Quentin State Prison,<br><br>        Respondent. | No.  2:99-cv-00493 MCE KJN<br><br>DEATH PENALTY CASE<br><br><br>ORDER |

Petitioner seeks an extension of time to file objections to the May 27, 2016 Findings and Recommendations. Good cause appearing, petitioner's unopposed request (ECF No. 257) is GRANTED. Petitioner shall file any objections by September 23, 2016.

IT IS SO ORDERED.

Dated:  June 27, 2016

                                                              KENDALL J. NEWMAN<br>
                                                              UNITED STATES MAGISTRATE JUDGE

Majors 2254d obj.eot

1