HEATHER E. WILLIAMS, Bar # 122664
Federal Defender
DAVID H. HARSHAW III, KY Bar #86435
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-6666
Email: david_harshaw@fd.org

RICHARD C. NEUHOFF, Bar #54215
11 Franklin Square
New Britain, Connecticut  06051
Telephone: (860) 229-0433
Email: rcneuhoff@earthlink.net

Attorneys for Petitioner
JAMES D. MAJORS

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES D. MAJORS, <br><br> Petitioner, <br><br> v. <br><br> WARDEN, San Quentin State Prison <br><br> Respondent. | No. 2:99-cv-00493 MCE KJN <br><br> **DEATH PENALTY CASE** <br><br> **EXTENSION OF TIME ORDER** |

    Petitioner requests a three day extension of time to file his response to respondent's objections.  Respondent does not object.  Good cause appearing, **IT IS HEREBY ORDERED** that:

    1. Petitioner's request (ECF No. 269) is granted; and

////

////

2. Petitioner has until January 23, 2017, to file a response to Respondent's objections to the Court's Findings and Recommendations issued May 27, 2016.

Dated: January 24, 2017

KENDALL J. NEWMAN  
UNITED STATES MAGISTRATE JUDGE

/majo0493.eot2