# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES DAVID MAJORS,

           Petitioner,

   v.

RON DAVIS, Warden, San Quentin State Prison,

           Respondent.

No. 2:99-cv-00493 MCE KJN

**DEATH PENALTY CASE**

**ORDER DISMISSING CASE**

    The Court, having been sufficiently advised of Petitioner's death, hereby orders that this case is DISMISSED. The Clerk of the Court is directed to close the case.

    IT IS SO ORDERED.

Dated: February 21, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Order Dismissing Case

*Majors v. Davis*, 2:99-cv-00493 MCE KJN